No. 927. BUFFUM, TRUSTEE IN BANKRUPTCY, *v.* MARYLAND CASUALTY Co. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth

702

Circuit denied. *Messrs. Robert T. Devlin, Wm. H. Devlin,* and *Horace B. Wulff* for petitioner. *Mr. Charles A. Strong* for respondent.